Jacob Crouse *v.* The Syracuse, Chenango and New York Railroad Company et al., Respondent.

George N. Crouse et al., Sureties, etc., Appellants.

(Argued October 21, 1884; decided October 31, 1884.)

*Charles M. Pratt* for appellants.

*Louis Marshall* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.